UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KYLE LAMAR PASCHAL-BARROS | : | CIVIL NO. 3:18CV02157 (VLB) |
| v. | : | |
| SCOTT SEMPLE, ET AL. | : | SEPTEMBER 4, 2019 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56 and Rule 56 of the Federal Rule of Civil Procedure, Defendants Frayne, Gagne, Pieri, Patel, and Chaplin move that summary judgement enter in their favor because there are no genuine issue of material fact in dispute and they are entitled to judgement as a matter of law.

In addition to the attached Local Rule 56(a)1 Statement of Undisputed Material Facts and Memorandum in Support of Defendants' Motion for Summary Judgement, the defendants submit the follow Exhibits:

1. Declaration of David Maiga;

2. Declaration of Lithia Pieri;

3. Declaration of Chiman Patel;

4. Declaration of Mark Frayne;

5. Declaration of Gerard Gagne;

6. Declaration of Paul Chaplin;

7. Department of Correction medical records of Plaintiff;

8. Certified Court Records, *State v. Paschal*, DBD-CR17-0154904-S, Original Information and Substitute Information;

9.   Declaration of Captain Hurdle.

In addition, defendants respectfully direct the Court's to existing declarations previously filed in in connection to defendants' opposition to Plaintiff's motion for preliminary injunction: Doc. 25-1, Declaration of Captain Robles; Doc. 25-2, Declaration of APRN Reischerl; and Doc. 25-3, Declaration of Dr. Burns.

WHEREFORE, defendants move that this motion be granted.

DEFENDANTS
Mark Frayne, Et Al.

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ *Thomas J. Davis, Jr.*
Thomas J. Davis, Jr.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct17835
E-Mail: thomas.davis@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on September 4, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also sent to the following by regular mail:

Kyle Lamar Paschal-Barros, #390410
a/k/a Deja Paschal
Garner Correctional Institution
50 Nannawauk Road
Newtown, CT 06470

/s/ *Thomas J. Davis, Jr.*
Thomas J. Davis, Jr.
Assistant Attorney General